**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TRAVIS MANNING
ADC #144583**                                                          **PLAINTIFF**

**v.**                 **CASE NO. 2:19-CV-00147-BSM-JTK**

**MARSHALL DALE REED,** *et al*.                                        **DEFENDANTS**

**ORDER**

After *de novo* review of the record, including Travis Manning's objections, United States Magistrate Judge Jerome Kearney's partial recommended disposition [Doc. No. 27] is adopted. Manning's deprivation of property, denial of access to the courts, false imprisonment, excessive confinement, retaliation, unconstitutional conditions, and negligence claims are dismissed without prejudice. Marshall Reed, Jeremy Andrews, Roosevelt Barden, Angelia Jenkins, Raymond Naylor, Wendy Kelley, and John Does are dismissed without prejudice. Manning may proceed on his excessive force, assault, and battery claims against Morieon Kelly, Fidel Cobb, and Jeffery Deen.

IT IS SO ORDERED this 2nd day of June, 2020.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE