IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRAVIS MANNING**     **PLAINTIFF**
**ADC #144583**

v.     **CASE NO. 2:19-CV-00147-BSM**

**MARSHALL DALE REED,** *et al.*     **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome Kearney's proposed findings and recommendations [Doc. No. 75] are adopted. The motion for summary judgment of Jeffery Deen and Morieon Kelly [Doc. No. 56] is granted, and Deen and Kelly are dismissed from this case without prejudice. Travis Manning's motion for discovery [Doc. No. 69] is denied for two reasons. First, both Manning's motion for discovery and his subsequent objection to the proposed findings and recommendations [Doc. No. 82] are overly vague as to what documents he is seeking. Second, even if there are documents supporting his assertions that Deen and Kelly were interviewed or provided written statements in relation to the grievances he filed, Manning still failed to follow the grievance procedures adopted by the East Arkansas Regional Unit of the Arkansas Division of Corrections. Accordingly, his request for those documents is irrelevant.

IT IS SO ORDERED, this 22nd day of October, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE