IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRAVIS MANNING**                                                                 **PLAINTIFF**
**ADC #144583**

v.                  **CASE NO. 2:19-CV-00147-BSM**

**MARSHALL DALE REED,** *et al.*                                  **DEFENDANTS**

<u>**ORDER**</u>

After *de novo* review of the record, United States Magistrate Judge Jerome Kearney's proposed findings and recommendations [Doc. No. 142] are adopted. Fidel Cobb's motion for summary judgment [Doc. No. 123] is granted, and accordingly this case is dismissed with prejudice. Travis Manning's appeals of Judge Jerome Kearney's decisions [Doc. Nos. 136, 143] are denied. Contrary to Manning's assertions, the record does not indicate that he was denied a fair opportunity to conduct discovery.

IT IS SO ORDERED this 25th day of June, 2021.

                                                           UNITED STATES DISTRICT JUDGE